FILED

06/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0484

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## No. DA 19-0484

CLARK FORK COALITION, ROCK CREEK ALLIANCE, EARTHWORKS, and MONTANA ENVIRONMENTAL INFORMATION CENTER,

Petitioners and Appellees,

v.

MONTANA DEPARTMENT OF NATURAL RESOURCES AND CONSERVATION and RC RESOURCES, INC.,

Respondents and Appellants.

On Appeal from the First Judicial District Court,
Lewis and Clark County, Hon. Kathy Seeley
Cause No. CDV-2018-150

## GRANT OF LEAVE TO PRESENT ORAL ARGUMENT BY VIDEOCONFERENCE

Upon consideration of the unopposed motion by Appellees Clark Fork Coalition, et al., for leave to present oral argument by videoconference, and for good cause shown, it is hereby ORDERED that the motion is granted; and it is further ORDERED that Appellees' counsel may appear and present argument by videoconference at the July 15, 2020 oral argument scheduled in this appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 29 2020